# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CESAR ROMERO ,

Plaintiff,

v.

CITY OF SIERRA MADRE, et. al,

Defendants.

Case No. 2:24-cv-10409-MEMF-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, GRANTING MOTIONS TO DISMISS, AND DENYING MOTIONS TO STRIKE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS ORDERED that (1) Defendants' Motions to Dismiss are GRANTED (Dkt. 7, 22); (2) Plaintiff is GRANTED leave to amend his claims; and (3) Defendants' Motions to Strike are DENIED as moot (Dkt. 8, 23).**

This matter is referred back to the magistrate judge for further proceedings.

DATE: March 5, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

2